# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2121

_____

S.D. Phillip Koenig,                 *
                                     *
          Appellant,                 *
                                     *   Appeal from the United States
     v.                              *   District Court for the
                                     *   Western District of Missouri.
Dave Dormire,                        *
                                     *   [UNPUBLISHED]
          Appellee.                  *

_____

Submitted: April 10, 2008
Filed: April 14, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

     Missouri inmate S.D. Phillip Koenig challenges the district court's[1] 28 U.S.C. § 1915A preservice dismissal of his action, construed as one under 42 U.S.C. § 1983, as well as its failure to rule on his motion to add defendants, and its denials of his other motions including a motion for post-judgment relief. Upon review, we conclude that dismissal was proper for the reasons stated by the court, and there is no basis for

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

reversal.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.  Koenig's motion on appeal to file a supplemental brief is granted, and his other pending motions are denied.

_____